IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUMON MIAH | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 14-cv-3273-RAL |
| EXCEL BUSINESS ENTERPRISE, LLC. | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 2nd day of March, 2015, upon consideration of Defendants' Motion for Judgment on the Pleadings, Doc. No. 10, for the reasons stated in the attached Opinion, that Motion as to

1. Count I is **GRANTED** and dismissed without prejudice. Plaintiff shall have fourteen (14) days from the date of this order to file an Amended Complaint;

2. Counts II and III is **DENIED**.

**BY THE COURT:**

_s/Richard A. Lloret_
**RICHARD A. LLORET**
**UNITED STATES MAGISTRATE JUDGE**